___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: SACV 22-02178-FWS-DFMx             Date: May 16, 2023
Title: Yaxian Fan v. City of Newport Beach

___

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

  Melissa H. Kunig                                N/A
Deputy Clerk                                         Court Reporter

Attorneys Present for Plaintiff:           Attorneys Present for Defendant:

Not Present                                     Not Present

**PROCEEDINGS:**     **SCHEDULING ORDER**

       The Court, having reviewed the pleadings and the parties' submissions pursuant to Federal Rule of Civil Procedure 26(f), **VACATES** the Scheduling Conference set for May 25, 2023, and sets the following schedule:

| | |
|---|---|
| Check one: [ ] Jury Trial or [ x] Bench Trial<br>**Tuesday at 8:30 a.m.** | **5/28/2024** |
| *Parties' Estimated* Trial Length | **2 days** |
| Final Pretrial Conference & Hearing on Motions in Limine<br>**[Thursday at 8:30 a.m., at least 12 days before trial]** | **5/16/2024** |
| Last Date to Hear Motion to Amend Pleadings /Add Parties **[Thursday]** | **11/16/2023** |
| Non-Expert Discovery Cut-Off<br>**(no later than deadline for filing dispositive motions)** | **11/16/2023** |
| Expert Disclosure (Initial) | **11/30/2023** |
| Expert Disclosure (Rebuttal) | **12/14/2023** |
| Expert Discovery Cut-Off | **12/28/2023** |
| Last Date to **Hear** Motions **[Thursday]**<br>• Motion for Summary Judgment due at least 6 weeks before hearing<br>• All other motions due at least 4 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | **2/22/2024** |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>  Select one:<br>    [ ] 1. Magistrate Judge<br>    [x] 2. Court's Mediation Panel<br>    [ ] 3. Private Mediation | **3/07/2024** |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: SACV 22-02178-FWS-DFMx  Date: May 16, 2023
Title: Yaxian Fan v. City of Newport Beach

| | |
|---|---|
| **Trial Filings (first round)**<br>• Motions in Limine with Proposed Orders<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>   Declarations containing Direct Testimony, if ordered (bench trial only) | **4/25/2024** |
| **Trial Filings (second round)**<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | **5/02/2024** |

**cc: ADR**                                              Initials of Deputy Clerk:  mku