```
Yaxian Fan
Email: fay731@yahoo.com
Address: 248 Overbrook,
Irvine, CA 92620
Phone: 310 486-5282
Plaintiff in Pro Per
```

FILED
2024 MAR 27  AM 11: 57
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
SANTA ANA
BY_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAXIAN FAN<br><br>Plaintiff.  vs.<br><br>CITY OF NEWPORT BEACH<br><br>Defendant.  vs.<br><br>KEITH E. RODERHUIS, 2nd Defendant<br><br>KER is the owner of KER Legal Group. | Case No.: 8:22-CV-02178-FWS-(DFMx)<br><br>**PLAINTIFF DEMAND COURT TRIAL WHICH SCHEUDLED ON MAY 28, 2024. TO PURSUE CITIZEN'S EQUAL RIGHT IN FAIR DUE PROCESS UNDER FOURTEENTH AMENDMENT.**<br>**JUDGE:** Honorable, Fred W. Slaughter<br>**DEPT:** 10D<br>**DATE:** May 28, 2024<br>**TIME:** 8.30AM |

## To: The Honorable Judge Slaughter for the United Sates

## To: Federal Court and both Defendants

I, Plaintiff, Yaxian Fan Respect in trust the Federal Court has been ongoing to following the schedule, that within both parties agreed the Court Trial on May 28, 2024.

Plaintiff in more than five-year with non-stop legal actions, from Orange County Superior Court to the Federal Court, only for one purpose with hope in one day, can stand up, with Citizen's Civil Right in the equal due process for fair trial. But for that basic equal right and hope, it is the most difficult to have in my life.

Because Defendants, especially, KER committed fraudulent corruption with Supervisor Secours (twice to hold onto opposition documents) and Judge George once in five minutes, to granted summary judgement by verbally, and once signed on KER's proposed order, without opposition summary judgement document and oral argument.

1

PLAINTIFF DEMAND FAIR TRIAL THAT SCHEDULED ON MAY 28, 2024. TO PURSUE CITIZEN IN EQUAL RIGHT IN DUE PROCESS UNDER 14TH AMENDMENT.

|   |   |
|---|---|
| 1 | Both parties had arguments to assign Judge Salter, it was why he scheduled trial |
| 2 | from January 26, 2021 to March 29, 2021. Nothing argument to Judge George, but she |
| 3 | was in five minutes to granted summary judgement by verbally. Also, after 90 days, she |
| 4 | untimely signed KER Propose judgement without opposition documents, oral argument. |
| 5 | "Two judges, who was errored? Let high court to decided. "That from president |
| 6 | Judge of OCSC. For that reason, the motion within bench trial is the must going on. |
| 7 | KER operate the corruption team, work as chin, one after another, use new lies to |
| 8 | cover up old lies, together for one purpose to deprive Plaintiff's Civil Right for fair trial. |
| 9 | Plaintiff's Citizen's duty is not only to protect the Children's Safety, also, must |
| 10 | stand up to fight corruptions in judicial system, to prevent virus spread out widely. |
| 11 | Therefore, I feel should of mine is getting heavier, my duties are going on. |
| 12 | Defendant the City still has not added warning signs to the hazard that caused |
| 13 | Plaintiff's injury, and intent leaves risk in public park when children jump up down. |
| 14 | When I have time, I thinking about children over there, really getting worries so much. |
| 15 | The Due Process Clause of the Fourteenth Amendment is states that no person |
| 16 | shall be "deprived of life, liberty, or property without fair procedures in due process of |
| 17 | law." Plaintiff determine to pursuant the fair trial, that scheduled on May 28, 2024. |
| 18 |   |
| 19 |   |
| 20 | I declare under the penalty of perjury under the laws of the united State that foregoing is true and correct. |
| 21 |   |
| 22 |   |
| 23 |   |
| 24 | **Respectfully and Truthfully Submitted**  YAXIAN FAN |
| 25 |   |
| 26 | BY: _____ |
| 27 | DATED: March 27, 2024           Plaintiff in Self - Represent |
| 28 |   |

PLAINTIFF DEMAND FAIR TRIAL THAT SCHEDULED ON MAY 28, 2024. TO PURSUE CITIZEN IN EQUAL RIGHT IN DUE PROCESS UNDER 14TH AMENDMENT.

Yaxian Fan

Email: fay731 @yahoo.com
Address: 248 overbrook,
Irvine, CA 92620
Phone: 310 486-5282
Plaintiff in Self-Represent

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OFCALIFORNIA

Plaintiff, Yaxian, Fan, vs.

Defendants: City of Newport Beach' and

B/R. Keith E. Rodenhuis, as Second Defendant,

PROOF OF SERVICE BY EMAILS. Case Number: **8:22-CV-02178-FWS-(DFMx)**

I, Plaintiff declare send emails as follows:

Keith E Rodenhuis Keith@kerlegalgroup.com

Amber McCall amber@kerlegalgroup.com

Amanda Ellis amenda@kerlegalgroup.com Rodger Greiner

rodger@kerlegalgroup.com fanvcnb@projects.filevine.com

which is in where the emailing described in their office in Irvine of Orange County

I served the document: on March 27, 2024.

Plaintiff demand fair trial scheduled on May 28, 2024, that to pursue Civil Equal Right in equal due process of Fourteenth Amendment.

on all interested parties in this action by list above emails.

I declare under penalty of perjury that the foregoing is true and correct.

Yaxian Fan, as Plaintiff in Self-Represent

Executed this 27th day of March 27, 2024