Keith E. Rodenhuis, Esq. (SB# 254465)
Email: Keith@KERLegalGroup.com
Rodger S. Greiner, Esq. (SB# 144123)
Email: Rodger@KERLegalGroup.com

KER LEGAL GROUP
2601 Main Street, Suite 560
Irvine, CA 92614
Ph: (949) 252-9937
Fx: (888) 292-4576

Attorney for Defendant,
City of Newport Beach

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| YAXIAN FAN, | Case No.: 8:22-CV-02178-FWS-(DFMx) |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT CITY OF NEWPORT BEACH'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |
| CITY OF NEWPORT BEACH; and KEITH E. RODENHUIS, | **FINAL PRETRIAL CONF.:** May 16, 2024<br>**TRIAL DATE:** May 28, 2024<br>**TIME:** 8:30 a.m.<br>**JUDGE:** Hon. Fred W. Slaughter<br>**DEPT.:** 10D |
| Defendants. | |

**PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

**FINDING OF FACTS**

1. Defendant City of Newport Beach's Motion for Summary Judgment was granted in *Fan v City of Newport Beach*, Orange County Superior Court, Case No. 30-2019-01072057-CU-PO-CJC and Judgment was entered on March 3, 2021.

2. The California Court of Appeal, Fourth Appellate District, Division Three, issued an Opinion dismissing Plaintiff's appeal of the Judgment entered in *Fan v City of Newport Beach*, Orange County Superior Court, Case No. 30-2019-01072057-CU-PO-CJC, Appellate Case No. G060429, filed on August 23, 2022.

3. The California Supreme Court filed a denial of Plaintiff's petition for review, Case No. S276715, on November 9, 2022.

**CONCLUSIONS OF LAW**

1. Plaintiff's 42 U.S.C. §1983 claim against Defendant City of Newport is barred by the *Noerr-Pennington* doctrine. *B&G Foods N. Am., Inc. v. Embry*, 29 F.4th 527, 532 n.1 (9th Cir. 2022); *Kearney v. Foley & Lardner, LLP*, 590 F.3d 638, 645 (9th Cir. 2009))

Executed this 25th day of April 2024.

By: _____
Keith E. Rodenhuis, Esq.
Attorney for Defendant,
City of Newport Beach