Keith E. Rodenhuis, Esq. (SB# 254465)
Email: Keith@KERLegalGroup.com
Rodger S. Greiner, Esq. (SB# 144123)
Email: Rodger@KERLegalGroup.com

KER LEGAL GROUP
2601 Main Street, Suite 560
Irvine, CA 92614
Ph: (949) 252-9937
Fx: (888) 292-4576

Attorney for Defendant,
City of Newport Beach

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAXIAN FAN<br><br>   Plaintiff,<br><br>  vs.<br><br>CITY OF NEWPORT BEACH; and<br>KEITH E. RODENHUIS,<br><br>   Defendants. | Case No.: 8:22-CV-02178-FWS-(DFMx)<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT**<br><br>**FINAL PRETRIAL CONF.:** May 16, 2024<br><br>**TRIAL DATE:**  May 28, 2024<br><br>**TIME:**   8:30 a.m.<br>**JUDGE:**   Hon. Fred W. Slaughter<br>**DEPT.:**   10D |

## JOINT STATUS REPORT REGARDING SETTLEMENT

On October 11, 2023, the parties attended a Court Ordered Mediation, Richard McNeil, Esq., presiding. The matter did not settle.  No demand was made. Accordingly, no offer was made. A Mediation Report was filed on October 17, 17, 2023. (Dkt #29)

No further settlement discussions have occurred.

Executed this 25th day of April 2024.

By: _____
    Yaxian Fan,
    Plaintiff

Executed this 25th day of April 2024.

By: _____
    Keith E. Rodenhuis, Esq.
    Attorney for Defendant,
    City of Newport Beach

Executed this 25th day of April 2024.

By: _____
    Rodger S. Greiner
    Attorney for Defendant,
    Keith E. Rodenhuis

JOINT STATUS REPORT REGARDING SETTLEMENT