JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAXIAN FAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF NEWPORT BEACH; and KEITH E. RODENHUIS<br><br>　　　　Defendants. | Case No. 8:22-CV-02178-FWS-DFM<br><br>**JUDGMENT** |

///
///
///

On May 7, 2024, the court granted Defendant City of Newport Beach's and Defendant Keith E. Rodenhuis's (collectively, "Defendants") Motions to Dismiss, (Dkts. 33, 34), and dismissed Plaintiff Yaxian Fan's ("Plaintiff") Second Amended Complaint with prejudice and without leave to amend ("May 7, 2024, Order"). (Dkt. 61.) The court ordered Defendants to file a proposed judgment within ten days of the May 7, 2024, Order and ordered Plaintiff to file any objections within ten days of Defendants' filing of the proposed judgment. (*Id.*) Defendants filed the proposed judgments on May 17, 2024. (Dkts. 64, 65.) Plaintiff filed a document entitled "Declaration of Plaintiff All Evidence in Sup[p]ort the Claims are Truthful Represents" ("Objections") on May 31, 2024. (Dkt. 68.) After full review, the court **OVERRULES** Plaintiff's Objections. Accordingly, having considered all the pleadings and papers filed in this case, the evidence on record and argument of counsel, and the applicable law, and for the good cause appearing therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. Plaintiff's Second Amended Complaint is **DISMISSED WITH PREJUDICE**.
2. The Clerk is **ORDERED** to enter Judgment forthwith.
3. The case is closed.

**IT IS SO ORDERED**.

Dated:  June 3, 2024

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE