**8:22-cv-02178-FWS-DFM Yaxian Fan v. City of Newport Beach**

## Melissa Kunig

| | |
|---|---|
| **From:** | fan Fay <fay731@yahoo.com> |
| **Sent:** | Wednesday, June 5, 2024 11:23 AM |
| **To:** | Keith E. Rodenhuis, Esq. |
| **Cc:** | fanvcnb@projects.filevine.com; Rodger Greiner; Amanda Ellis; Amber McCall |
| **Subject:** | Re: Activity in Case 8:22-cv-02178-FWS-DFM Yaxian Fan v. City of Newport Beach Judgment |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

CAUTION - EXTERNAL:

Good morning Honorable Judge Slaughter and Melissa,

Please see the attached an email from KER, he continues to misleading your decreed that even he conducted corruption fluence over to OCSC Supervisor and Judge in five minutes granted baseless summary judgement without arguments and opposition, Deceived Judgement timely filed to untimely between Courts, and fraudulences.

This Lawsuit claim have very strong Merit from:
1) assigned Judge twice schedule for the Court Trial on 1/26/2021 and 3/29/2021

2) Appellant Court issued remittitur to 11/10/2022.

3). Defendants have not any of detail and evidence to proof Plaintiff as a victim within any of false claims. I request to KER responding on the motion cannot dismissed,

because KER must proof It. Thereafter, KER turned into know me nothing. see docket 36 on 1/11/2024 page 3. line 22-26.

4). Also, they admitted: Rampant corruption is not a problem within California's judicial system and the Moving Party exercises are not influence over the courts.

All evidence to proof Supervisor Secours:

1) Three Clerks notes to proof I filed twice, but all siting on Supervisor's desk.

2) twice KER admitted they hold onto, see docket 33 filed on 11/21/2023 and withheld, see docket 36 filed on 1/11/2024

3) Plaintiff emails to Assigned Judge about the situation, opposition was missing. on 11/25/2020.

4) The time complained to presiding judge of Judge for OCSC, for investigations.

All evidence to proof Judge George in five minutes to granted summary judgement without any or arguments by oral and written.

1

1) 6/17/2021, assigned Judge Salter's post judgement, the conclusion is the must filing timely, because cannot engage in oral argument.

2) 5/23/2021, KER's filed Sanction, top of page 3, only said: "Thank you your honor"

3) 12/7/2020, Plaintiff filed Contest Tentative ruling.

All above are truthful Evidence represent to all the Courts.

Based on docket #69, I would like to know:

1) dismiss with prejudice, what is prejudice about? I need more details. I believe as Citizen, has Civil right to know about it.

2) The Clerks is ordered to enter judgement forthwith, is this about Remittitur? or just like KER continue to crash me in financially?

3) When should I have notices for appeal if no Remittitur which allow me back to state court?


Sincerely,


Fay Fan

On Monday, June 3, 2024 at 04:03:10 PM PDT, Keith E. Rodenhuis, Esq. <keith@kerlegalgroup.com> wrote:


Ms. Fan,

The below email was sent from Judge Slaughter's department, and a copy has also been mailed to you.  As a courtesy, I am providing you with a copy electronically.

According to the below order issued by Judge Slaughter, your case has been dismissed with prejudice, judgment has been entered <u>against you</u> and the entire case is **CLOSED**.

In ordinary language, this means the Federal District Court reached the same conclusion as the State trial court, appellate court, and Supreme Court – your case was without merit.  Since the case is CLOSED, there is no basis for additional filings with Judge Slaughter and they will not be entertained.  As such, please stop filing documents with the Court, seeking to contact Judge Slaughter's clerk without copying our office and making up lies about me to support your false narrative.

This leaves only the issue about you paying the costs ordered by the trial court.  The check should be made payable to the City of Newport Beach and either mail it to my office or to the City "Attention: City Attorney." Please advise as to when the monies will be sent so the debt is not turned over to a collection agency, which is something all parties wish to avoid.

Respectfully,

Keith

---



**Keith E. Rodenhuis, Esq.**
Counselor at Law

**P**: 949-252-9937 | **C**: 562-884-0573
**F**: 888-292-4576 | **W**: www.kerlegalgroup.com
**Recent News** | Jury Awards Wheelchair Athlete $4mil.

   

---

**From:** cacd_ecfmail@cacd.uscourts.gov <cacd_ecfmail@cacd.uscourts.gov>
**Sent:** Monday, June 3, 2024 3:38 PM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 8:22-cv-02178-FWS-DFM Yaxian Fan v. City of Newport Beach Judgment

<span style="color:red">**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**</span>
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** There is no charge for viewing opinions.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Notice of Electronic Filing**

The following transaction was entered on 6/3/2024 at 3:37 PM PDT and filed on 6/3/2024

**Case Name:**     Yaxian Fan v. City of Newport Beach
**Case Number:**     8:22-cv-02178-FWS-DFM
**Filer:**
**WARNING: CASE CLOSED on 06/03/2024**

**Document Number:** 69

**Docket Text:**
**JUDGMENT by Judge Fred W. Slaughter. IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT: (1) Plaintiffs Second Amended Complaint is DISMISSED WITH PREJUDICE. (2) The Clerk is ORDERED to enter Judgment forthwith. (3) The case is closed. (MD JS-6, Case Terminated).(jp)**

**8:22-cv-02178-FWS-DFM Notice has been electronically mailed to:**

Keith Evan Rodenhuis    keith@kerlegalgroup.com

Richard J McNeil    cdahl@crowell.com, rmcneil@crowell.com, richard-mcneil-6476@ecf.pacerpro.com

Rodger S Greiner    rodger@kerlegalgroup.com

**8:22-cv-02178-FWS-DFM Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Yaxian Fan
248 Overbrook
Irvine CA 92620

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.